FILED
10/29/2019
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **KEVIN G. TWISS, Defendant.** | VIOLATION: 7353255 7353256 Location Code: M13 **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $170 fine and $30 processing fee for violation 7353255 (for a total of $200), and for good cause shown, IT IS ORDERED that the $200 fine ($170 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353255. IT IS ALSO ORDERED that violation 7353256 is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019, is VACATED.

DATED this 29th day of October, 2019.

John Johnston
United States Magistrate Judge

CERTIFICATE OF MAILING
DATE: 10-29-19 BY: ms
I hereby certify ... of this order was mailed to
AUSA-e-mail, DFT-mail